**Order entered March 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00444-CR

## BRANDON GORDY, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00751-T**

## ORDER

Before the Court is appellant's March 10, 2020 motion to abate the appeal.

We **DENY** the motion.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE